Reading School District
P.O. Box 4783
Lancaster, PA 17604