IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ESTHER LOUNG,  : Chapter 13
            debtor  : Case No. 19-15942

**CERTIFICATE OF NO OPPOSITION**

    I, John A. DiGiamberardino, Esquire, attorney for debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the debtor's Motion to Authorize Prosecution of Chapter 13 bankruptcy as a "next friend" Pursuant to BRCP 1004.1 and the debtor requests that the court grant the debtor's Motion, without hearing, as the Motion is uncontested.

Date: 3/3/2020

                **CASE & DIGIAMBERARDINO, P.C.**

        By:    s/John A. DiGiamberardino, Esquire
                  Attorney I.D. #41268
                  845 N. Park Rd., Ste. 101
                  Wyomissing, PA 19610
                  (610) 372-9900
                  (610) 372-5469 - fax
                  Attorney for debtor