United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Esther L. Loung  
    Debtor

Case No. 19-15942-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Antoinett     Page 1 of 1     Date Rcvd: Mar 04, 2020  
                       Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14429789       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 05 2020 03:51:41
          Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd., 5th Floor,
          Coral Gables, FL 33146-1873
                                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2020 at the address(es) listed below:
            JOHN A. DIGIAMBERARDINO   on behalf of Debtor Esther L. Loung jad@cdllawoffice.com,
             dmk@cdllawoffice.com
            LISA   CANCANON   on behalf of Creditor   Bayview Loan Servicing, LLC LisaC@w-legal.com
            REBECCA ANN SOLARZ   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
             Liability Company bkgroup@kmllawgroup.com
            SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
            United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                            TOTAL: 5

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-15942-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Esther L. Loung
203 N. 2nd St.
Reading PA 19601

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/03/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146 | Atlantica, LLC<br>Land Home Financial Services<br>3611 South Harbor Blvd, Suite 100<br>Santa Ana, CA 92704 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/06/20

Tim McGrath
**CLERK OF THE COURT**