IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ESTHER LOUNG,　　　　　　　　　　: Chapter 13

　　　　　　Debtor　　　　　　　　　　　: Case No. 19-15942 PMM

**ORDER**

　　　Upon consideration of Debtor's Motion to Authorize Prosecution of Chapter 13 bankruptcy as a "next friend" Pursuant to BRCP 1004.1, with consent of the Chapter 13 Trustee, and no objections being filed, it is hereby **ORDERED** that the Motion is **GRANTED**. Kelly Brown is appointed the "next friend" pursuant to BRCP 1004.1 and is authorized to appear in the place of the Debtor in all matters in this bankruptcy case.

Date: March 16, 2020

　　　　　　　　　　　　　　　　**ERIC L. FRANK**
　　　　　　　　　　　　　　　　**U.S. BANKRUPTCY JUDGE**
　　　　　　　　　　　　　　　　for U.S. BANKRUPTCY JUDGE PATRICIA M. MAYER