```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                          Case No. 19-15942-pmm
Esther L. Loung                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa              Page 1 of 1         Date Rcvd: Mar 16, 2020
                            Form ID: pdf900         Total Noticed: 4

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2020.
db             +Esther L. Loung,    203 N. 2nd St.,    Reading, PA 19601-2901
aty            +JANET M. SPEARS,    Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,
                 San Diego, CA 92177-7921
cr             +Bayview Loan Servicing, LLC,    c/o Janet M. Spears,    4375 Jutland Drive, Suite 200,
                 PO Box 17933,    San Diego, CA 92177-7921
nof            +Kelly Brown,    203 N. 2nd St.,    Reading, PA 19601-2901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2020 at the address(es) listed below:
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Esther L. Loung jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              LISA   CANCANON    on behalf of Creditor    Bayview Loan Servicing, LLC LisaC@w-legal.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ESTHER LOUNG,  : Chapter 13

            Debtor  : Case No. 19-15942 PMM

**ORDER**

Upon consideration of Debtor's Motion to Authorize Prosecution of Chapter 13 bankruptcy as a "next friend" Pursuant to BRCP 1004.1, with consent of the Chapter 13 Trustee, and no objections being filed, it is hereby **ORDERED** that the Motion is **GRANTED**. Kelly Brown is appointed the "next friend" pursuant to BRCP 1004.1 and is authorized to appear in the place of the Debtor in all matters in this bankruptcy case.

Date: March 16, 2020  _____

          **ERIC L. FRANK**
          **U.S. BANKRUPTCY JUDGE**
          for U.S. BANKRUPTCY JUDGE PATRICIA M. MAYER