IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ESTHER LOUNG,  : Chapter 13
        debtor  : Case No. 19-15942

## CERTIFICATE OF SERVICE

I, John A. DiGiamberardino, Esquire, attorney for Debtor, certify that I served a true and correct copy of the Debtor's Third Amended Chapter 13 Plan filed March 20, 2020 upon the following by electronic means on March 20, 2020:

LISA CANCANON on behalf of Creditor Bayview Loan Servicing, LLC at LisaC@w-legal.com

REBECCA ANN SOLARZ on behalf of Creditor Bayview Loan Servicing, LLC, a Delaware Limited Liability Company at bkgroup@kmllawgroup.com

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13) at ECFMail@ReadingCh13.com

and upon the creditors and/or interested parties listed on the attached mailing matrix, by first class mail, on March 29, 2020.

Atlantica LLC
c/o Land Home Financial Svcs.
3611 South Harbor Blvd., Ste. 100
Santa Ana CA 92704-0000

Berks County Tax Claim Bureau
633 Court St., 2nd floor
Reading PA 19601-0000

Wells Fargo
Attn: Bankruptcy
P.O. Box 10438, MAC8235-02F
Des Moines IA 50306-0000

Capital One
4515 N Santa Fe Ave
Oklahoma City OK 73118-0000

OneMain Financial
P.O. Box 3251
Evansville IN 47731-3251

JANET M. SPEARS on behalf of Creditor Bayview Loan Servicing, LLC
Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
PO Box 17933
San Diego, CA 92177-0933

**CASE & DIGIAMBERARDINO, P.C.**

By:     s/John A. DiGiamberardino, Esquire
        Attorney for Debtor