United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 19-15942-pmm
Esther L. Loung                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1              Date Rcvd: Jun 22, 2020
                              Form ID: pdf900         Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2020.
db          +Esther L. Loung,    203 N. 2nd St.,    Reading, PA 19601-2901
aty         +JANET M. SPEARS,    Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,
              San Diego, CA 92177-7921
cr          +Bayview Loan Servicing, LLC,    c/o Janet M. Spears,    4375 Jutland Drive, Suite 200,
              PO Box 17933,    San Diego, CA 92177-7921
nof         +Kelly Brown,    203 N. 2nd St.,    Reading, PA 19601-2901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2020 at the address(es) listed below:
            JOHN A. DIGIAMBERARDINO    on behalf of Debtor Esther L. Loung jad@cdllawoffice.com,
             dmk@cdllawoffice.com
            LISA  CANCANON    on behalf of Creditor    Bayview Loan Servicing, LLC LisaC@w-legal.com
            REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
             Liability Company bkgroup@kmllawgroup.com
            SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ESTHER LOUNG,                    : Chapter 13
                    debtor              : Case No.  19-15942

**O R D E R**

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed

by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has

been made on all interested parties and upon the Applicant's Certification of no Response,

It is hereby **ORDERED** that:

1.  The Application is **GRANTED.**

2.  Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,600.00**.

3.  The Chapter 13 Trustee is authorized to distribute to the Applicant, as an administrative expense

    pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the

    allowed compensation set forth in ¶2, to the extent such distribution is authorized under the terms of

    the confirmed chapter 13 Plan.

**Date:**  6/22/20                          **BY THE COURT:**

_____
**U.S. BANKRUPTCY JUDGE**
Patricia M. Mayer