| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-15942-PMM**

ESTHER L. LOUNG
203 N 2nd St
Reading  PA    19601

Petition Filed Date: 09/23/2019
341 Hearing Date: 11/12/2019
Confirmation Date: 04/23/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/13/2019 | $210.00 | 26202424364 | 12/31/2019 | $210.00 | 26215242456 | 02/27/2020 | $245.00 | 26446751998 |
| 03/23/2020 | $245.00 | 26446772193 | 04/28/2020 | $245.00 | 26605478586 | 06/05/2020 | $245.00 | 26605490736 |
| 07/07/2020 | $245.00 | 26698141877 | 08/03/2020 | $245.00 | 26605496970 | | | |

**Total Receipts for the Period: $1,890.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,890.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $3,600.00 | $1,492.32 | $2,107.68 |
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $622.78 | $0.00 | $622.78 |
| 2 | ONE MAIN FINANCIAL<br>»» 003 | Unsecured Creditors | $9,420.26 | $0.00 | $9,420.26 |
| 3 | WELLS FARGO<br>»» 04S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | WELLS FARGO<br>»» 04U | Unsecured Creditors | $568.09 | $0.00 | $568.09 |
| 5 | LAND HOME FINANCIAL SERVICES INC<br>»» 005 | Ongoing Mortgage | $8,365.28 | $0.00 | $8,365.28 |
| 6 | BERKS COUNTY TAX CLAIM BUREAU<br>»» 006 | Secured Creditors | $879.06 | $0.00 | $879.06 |

**Chapter 13 Case No. 19-15942-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,890.00 | Current Monthly Payment: | $245.00 |
| Paid to Claims: | $1,492.32 | Arrearages: | $0.00 |
| Paid to Trustee: | $177.18 | Total Plan Base: | $14,140.00 |
| Funds on Hand: | $220.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.