**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Esther L. Loung | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 19-15942-pmm |

NOTICE

To the debtor, debtor's counsel, trustee, and creditor, Atlantica, LLC;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 757.83 (Claim #7) has been filed in your name by John A. DiGiamberardino, Esq., Debtor's Attorney on October 16, 2020.

Dated: October 19, 2020

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Lisa Henry
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)