United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-15942-pmm |
|---|---|
| Esther L. Loung | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Lisa | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 19, 2020 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Esther L. Loung, 203 N. 2nd St., Reading, PA 19601-2901 |
| 14477779 | + Atlantica, LLC, Land Home Financial Services, 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704-7915 |
| 14551595 | + Atlantica, LLC, c/o Home Land Financial Services, 3611 South Harbor Blvd., Ste. 100, Santa Ana, CA 92704-7915 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2020            Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:**

**Name**                          **Email Address**

JOHN A. DIGIAMBERARDINO
                    on behalf of Debtor Esther L. Loung jad@cdllawoffice.com  dmk@cdllawoffice.com

LISA CANCANON
                    on behalf of Creditor Bayview Loan Servicing  LLC LisaC@w-legal.com, Llombardi06@law.du.edu

REBECCA ANN SOLARZ
                    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4 User: Lisa Page 2 of 2
Date Rcvd: Oct 19, 2020 Form ID: pdf900 Total Noticed: 3
TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Esther L. Loung | | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 19-15942-pmm |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor, Atlantica, LLC;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 757.83 (Claim #7) has been filed in your name by John A. DiGiamberardino, Esq., Debtor's Attorney on October 16, 2020.

Dated: October 19, 2020

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Lisa Henry
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)