| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-15942-PMM

ESTHER L. LOUNG
203 N 2nd St
Reading  PA    19601

Petition Filed Date: 09/23/2019
341 Hearing Date: 11/12/2019
Confirmation Date: 04/23/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/09/2021 | $245.00 | 27125529917 | 04/27/2021 | $245.00 | 27362351946 | 06/01/2021 | $245.00 | 27362399793 |
| 06/28/2021 | $245.00 | 27459419433 | 07/30/2021 | $245.00 | 27459435723 | 08/27/2021 | $245.00 | 27459447783 |
| 09/28/2021 | $245.00 | 27651354006 | 10/29/2021 | $245.00 | 27651371804 | 11/30/2021 | $245.00 | 27818851342 |
| 01/06/2022 | $245.00 | 27753715618 | 02/08/2022 | $245.00 | 27894182297 | 03/10/2022 | $245.00 | 27865443857 |
| 04/20/2022 | $245.00 | 2811175513 | 05/25/2022 | $245.00 | 28202686931 | 07/13/2022 | $245.00 | 108713832359 |

**Total Receipts for the Period:  $3,675.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $7,280.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $3,600.00 | $3,600.00 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $622.78 | $0.00 | $622.78 |
| 2 | ONE MAIN FINANCIAL<br>»» 003 | Unsecured Creditors | $9,420.26 | $0.00 | $9,420.26 |
| 3 | WELLS FARGO<br>»» 04S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | WELLS FARGO<br>»» 04U | Unsecured Creditors | $568.09 | $0.00 | $568.09 |
| 5 | LAND HOME FINANCIAL SERVICES INC<br>»» 005 | Ongoing Mortgage | $8,365.28 | $2,800.75 | $5,564.53 |
| 6 | BERKS COUNTY TAX CLAIM BUREAU<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | ATLANTICA LLC<br>»» 007 | Secured Creditors | $757.83 | $0.00 | $757.83 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-15942-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,280.00 | Current Monthly Payment: | $245.00 |
| Paid to Claims: | $6,400.75 | Arrearages: | $490.00 |
| Paid to Trustee: | $625.53 | Total Plan Base: | $14,140.00 |
| Funds on Hand: | $253.72 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.