| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-15942-PMM

ESTHER L. LOUNG
203 N 2nd St
Reading  PA   19601

Petition Filed Date: 09/23/2019
341 Hearing Date: 11/12/2019
Confirmation Date: 04/23/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $245.00 | 28325424835 | 10/20/2022 | $245.00 | 28384603828 | 11/01/2022 | $245.00 | |
| 11/21/2022 | $245.00 | | 12/20/2022 | $245.00 | | 01/05/2023 | $245.00 | |
| 01/25/2023 | $245.00 | | 02/06/2023 | $245.00 | | 03/09/2023 | $245.00 | |
| 04/20/2023 | $245.00 | | 05/24/2023 | $245.00 | | 06/21/2023 | $245.00 | |
| 07/13/2023 | $245.00 | | | | | | | |

**Total Receipts for the Period: $3,185.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,465.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $3,600.00 | $3,600.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA<br>»» 001 | Unsecured Creditors | $622.78 | $0.00 | $622.78 |
| 2 | ONE MAIN FINANCIAL<br>»» 003 | Unsecured Creditors | $9,420.26 | $0.00 | $9,420.26 |
| 3 | WELLS FARGO<br>»» 04S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | WELLS FARGO<br>»» 04U | Unsecured Creditors | $568.09 | $0.00 | $568.09 |
| 5 | LAND HOME FINANCIAL SERVICES INC<br>»» 005 | Ongoing Mortgage | $8,365.28 | $5,478.57 | $2,886.71 |
| 6 | BERKS COUNTY TAX CLAIM BUREAU<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | ATLANTICA LLC<br>»» 007 | Secured Creditors | $757.83 | $0.00 | $757.83 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 19-15942-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,465.00 | Current Monthly Payment: | $245.00 |
| Paid to Claims: | $9,078.57 | Arrearages: | $245.00 |
| Paid to Trustee: | $890.13 | Total Plan Base: | $14,140.00 |
| Funds on Hand: | $496.30 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.