Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 19-15942-PMM

ESTHER L. LOUNG
C/O NEXT FRIEND KELLY BROWN
203 N 2ND STREET
READING  PA    19601

Petition Filed Date: 09/23/2019
341 Hearing Date: 11/12/2019
Confirmation Date: 04/23/2020

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/04/2023 | $245.00 | | 11/07/2023 | $245.00 | | 12/18/2023 | $245.00 | |
| 01/08/2024 | $245.00 | | 01/08/2024 | $490.00 | | 02/07/2024 | $245.00 | |
| 03/12/2024 | $245.00 | | 03/20/2024 | $245.00 | | 05/22/2024 | $245.00 | |
| 06/24/2024 | $245.00 | | 07/22/2024 | $245.00 | | | | |

**Total Receipts for the Period: $2,940.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $13,405.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $3,600.00 | $3,600.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA<br>»» 001 | Unsecured Creditors | $622.78 | $15.00 | $607.78 |
| 2 | ONE MAIN FINANCIAL GROUP LLC<br>»» 003 | Unsecured Creditors | $9,420.26 | $226.90 | $9,193.36 |
| 3 | WELLS FARGO<br>»» 04S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | WELLS FARGO<br>»» 04U | Unsecured Creditors | $568.09 | $0.00 | $568.09 |
| 5 | LAND HOME FINANCIAL SERVICES INC<br>»» 005 | Ongoing Mortgage | $8,365.28 | $8,365.28 | $0.00 |
| 6 | BERKS COUNTY TAX CLAIM BUREAU<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | ATLANTICA LLC<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-15942-PMM**

| SUMMARY |
|:-:|

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,405.00 | Current Monthly Payment: | $245.00 |
| Paid to Claims: | $12,207.18 | Arrearages: | $490.00 |
| Paid to Trustee: | $1,184.13 | Total Plan Base: | $14,140.00 |
| Funds on Hand: | $13.69 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.