IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        Bankruptcy No. 19-15942-PMM
ESTHER L. LOUNG,                                :
                        Debtor(s).              :        Chapter 13

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Esther L Loung, Debtor(s), has filed a Motion to Excuse Debtor's Signature on Official Form 2830 as Required by Local Rule 4004-3 and Instructional Course with the Court.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.      If you do not want the court to grant relief sought in the motion or if you want the court to consider your views on the motion, then **on or before February 6, 2025**, you or your attorney must do all of the following:

(a)     file an answer explaining your position at:

Clerk, U.S. Bankruptcy Court
Gateway Building
201 Penn Street, Suite 400
Reading PA 19601
Phone:  610-208-5040

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)     mail a copy to the movant's attorney:

Stephen M. Otto, Esquire
8500 Allentown Pike
Blandon, PA 19510
Phone:  484-220-0481/Fax:  484-866-8973

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on **Thursday, February 27, 2025 at 11:00 A.M.** in Courtroom 4th Fl, United States Bankruptcy Court, The Gateway

Building, 201 Penn St, Reading, Pennsylvania 19601.

     4.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

     5.     You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date:  January 23, 2025     By:     /s/Stephen M. Otto
     Stephen M. Otto, Esquire
     Attorney ID #82463
     845 N. Park Rd., Ste. 306
     Wyomissing, PA  19610
     Ph:  484-220-0481
     Fx:  484-866-8973
     Email:  steve@sottolaw.com
     Attorney for Debtor(s)