IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-15942-PMM |
| ESTHER L. LOUNG, | : | |
| Debtor(s). | : | Chapter 13 |

**ORDER**

AND NOW, this  28th  day of  February , 2025, it is hereby

ORDERED that the Debtor, Esther L. Loung, is excused from the requirement imposed by Local Rule 4004-3 pertaining to the execution and filing of Official Form 2830 prior to the entry of an Order Discharging Debtors. Debtor is also excused from the requirement of the completion of a Financial Management Course as required by 11 USC §1329(g).

~~IT IS FURTHER ORDERED that Counsel for the Debtors may file the unsigned Form 2830 substantially consistent with Exhibit "A".~~

BY THE COURT:

*Patricia M. Mayer*
_____
UNITED STATES BANKRUPTCY JUDGE