United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 19-15942-pmm
Esther L. Loung   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4   User: admin   Page 1 of 2
Date Rcvd: Feb 28, 2025   Form ID: pdf900   Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Esther L. Loung, 203 N. 2nd St., Reading, PA 19601-2901 |
| nof | + | Kelly Brown, 203 N. 2nd St., Reading, PA 19601-2901 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ecfbnc@aldridgepite.com | Mar 01 2025 01:46:00 | JANET M. SPEARS, Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, PO Box 17933, San Diego, CA 92177-7921 |
| cr | + Email/Text: ecfbnc@aldridgepite.com | Mar 01 2025 01:46:00 | Bayview Loan Servicing, LLC, c/o Janet M. Spears, 4375 Jutland Drive, Suite 200, PO Box 17933, San Diego, CA 92177-7921 |
| cr | Email/Text: taxclaim@countyofberks.com | Mar 01 2025 01:46:00 | Berks County Tax Claim Bureau, 2nd Flr., County Services Center, 633 Court St., Reading, PA 19601-4300 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 02, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2025 at the address(es) listed below:

**Name**     **Email Address**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 28, 2025 | Form ID: pdf900 | Total Noticed: 5 |

DENISE ELIZABETH CARLON
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com

LISA CANCANON
    on behalf of Creditor Bayview Loan Servicing  LLC LisaC@w-legal.com, Llombardi06@law.du.edu

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
    on behalf of Debtor Esther L. Loung steve@sottolaw.com
    valeria@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-15942-PMM |
| ESTHER L. LOUNG, | : | |
| Debtor(s). | : | Chapter 13 |

**ORDER**

AND NOW, this __28th__ day of __February__, 2025, it is hereby

ORDERED that the Debtor, Esther L. Loung, is excused from the requirement imposed by Local Rule 4004-3 pertaining to the execution and filing of Official Form 2830 prior to the entry of an Order Discharging Debtors. Debtor is also excused from the requirement of the completion of a Financial Management Course as required by 11 USC §1329(g).

~~IT IS FURTHER ORDERED that Counsel for the Debtors may file the unsigned Form 2830 substantially consistent with Exhibit "A".~~

BY THE COURT:

*Patricia M. Mayer*
_____
UNITED STATES BANKRUPTCY JUDGE